UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CAUSE NO. 3:10-CR-41 (01) RM |
| | ) |
| CARLOS VELAZCO-RAMIREZ | ) |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on May 10, 2010. Accordingly, the court ADOPTS those findings and recommendations [docket # 26], ACCEPTS defendant Carlos Velazco-Ramirez's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 8 U.S.C. § 1326(a) and (b)(2).

SO ORDERED.

ENTERED:   June 2, 2010

  /s/ Robert L. Miller, Jr.
Judge
United States District Court